EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2010 TSPR 177 |
| | |
| Ángel T. Berríos Pagán | 183 DPR ____ |

Número del Caso: TS-3019

Fecha: 2 de diciembre de 2011

Abogado de la Parte Peticionaria:

        Lcdo. Francisco Ariel Avilés Rodríguez

Comisión de Reputación para el Ejercicio de la Abogacía

        Lcdo. Guillermo Arbona Lago
        Lcda. Jocelyn López Vilanova
        Lcda. Waleska Delgado Marrero,
        Lcda. Belén Guerrero Calderón
        Lcdo. Héctor Saldaña Egozcue
        Dr. Robert Stolberg

Procurador Especial de la Comisión de Reputación

        Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

        Lcda. Edna E. Rodríguez Benítez
        Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ángel T. Berríos Pagán

TS-3019

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de diciembre de 2011.

Visto el Informe Preliminar de la Procuradora General y el Informe de la Comisión de Reputación, se ordena la reinstalación del señor Ángel T. Berríos Pagán a la profesión sujeto a que se efectúe anualmente una prueba toxicológica y la someta ante este Tribunal. De no presentar dicha prueba estará sujeto a la suspensión inmediata sin trámite ulterior.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo